# EXHIBIT B

**Infringement Claim Chart for U.S. Pat. No. 9,702,713 v. Pamela's Products ("Defendant")**

| Claim 2 | Evidence |
|---|---|
| 2. A method, comprising: | Defendant (Pamela's Products) provides a web page associated with the map to find nearby store of Pamela's Products available to the user.<br><br><br><br>Source: https://www.pamelasproducts.com/retail-locations |

1

| | |
|---|---|
| a) transmitting a map-based guide request, the map-based guide request including at least an identifier and a search term; | [Screenshot of Pamela's U.S. Store Locator page showing navigation (SHOP, ON SALE, RECIPES, ALLERGENS, PAMELA'S STORY, FIND STORE) and a "Find Products Near You" search box with "New York, NY 10009 USA" and a Find button.]<br><br>Source: https://www.pamelasproducts.com/retail-locations |



Source: https://www.pamelasproducts.com/retail-locations



Source: https://www.pamelasproducts.com/retail-locations

As shown above, defendant (Pamela's Products) transmits a map-based guide request for finding the directions for nearest Pamela's Products stores which also includes an identifier (i.e. identifying nearby stores of Pamela's Products) and a search term (i.e. searching for nearest store of Pamela's Products by putting address, city or zip code).

4

| | |
|---|---|
| b) determining at least one location associated with the map-based guide request; | <br><br>Source: https://www.pamelasproducts.com/retail-locations |



Source: https://www.pamelasproducts.com/retail-locations



As shown above, map determines location of nearest store of Pamela's Products associated with the map based guide request.

Source: https://www.pamelasproducts.com/retail-locations

7

| | |
|---|---|
| c) identifying if a source of the map-based guide request is entitled to a supported map-based guide; | <br><br>Source: https://www.pamelasproducts.com/retail-locations |



Source: https://www.pamelasproducts.com/retail-locations



As shown above, A source of the map based guide request is entitled to support map based guide which means map displaying stores of Pamela's Products that is nearby to the location of user which has been given in the search term.

Source: https://www.pamelasproducts.com/retail-locations

10

| | |
|---|---|
| d) receiving a response to the map-based guide request, the response including location data associated with one or more locations; and | <br><br>Source: https://www.pamelasproducts.com/retail-locations |

11



As shown above, User can receive a response to the map based guide request which includes the location data of one or more Pamela's Products stores.

Source: https://www.pamelasproducts.com/retail-locations

| | |
|---|---|
| e) displaying one or more indications of the one or more locations at least partially based on the response, | <br><br>Source: https://www.pamelasproducts.com/retail-locations |



As shown above, Map displays indications of one or more locations of Pamela's Products stores, which are based on the address that has been provided by the user.

Source: https://www.pamelasproducts.com/retail-locations

14

| | |
|---|---|
| f) Wherein at least one of the transmitting, receiving, or displaying is at least partially implemented using one or more processing devices. | <br><br>Source: https://www.pamelasproducts.com/retail-locations |

15



Source: https://www.pamelasproducts.com/retail-locations



As shown above, Processing devices such as Smartphone or desktop can be used for transmitting, receiving or displaying response i.e. locations of Pamela's Products stores on map.

Source: https://www.pamelasproducts.com/retail-locations